# Exhibit 2








